**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 12, 2020

MEMO ENDORSED

By ECF

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

**Re:  United States v. Aihua Gong, 16 Cr. 460 (KPF)**

Dear Judge Failla:

I write on behalf of my client, Aihua Gong, to respectfully request that the Court order Pretrial Services to return her passport. She had surrendered her passport as part of her bail conditions upon her arrest in May 2016. On August 2, 2017, this Court sentenced her to three months' imprisonment and three years' supervised release. Her supervised release term is scheduled to expire this week.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
jonathan_marvinny@fd.org

```
Application GRANTED.

Dated:    November 12, 2020
          New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE